```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

**CHARLEAN MCDONALD**                                              **PLAINTIFF**

VS.                                    CIVIL ACTION NO. 5:05CV95-WHB-AGN

**ENTERGY OPERATIONS, INC. AND**
**TERRI CARRADINE; JAMES M. COOLEY;**
**ATTORNEY BARBARA C. WALLACE;**
**UNUMPROVIDENT LIFE INSURANCE OF**
**AMERICA; T. ROWE PRICE RETIREMENT**
**PLAN SERVICES, INC.; AETNA LIFE**
**INSURANCE CO.; AND BENEFITS BILLING**
**SERVICE / CERIDIAN BENEFITS**
**CONTINUATION SERVICES**                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which dismissed this case for failure of Plaintiff to comply with Orders of this Court, this case is hereby finally dismissed with prejudice. It is further adjudged that the Clerk of this Court is directed to decline from accepting any filing from Charlean McDonald against the Defendants named in this case unless a judge from this Court has specifically authorized the filing.

SO ORDERED this the 22nd day of February, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

tct